**Michelle PRINCE; Thomas M. Prince, a minor, by and through his parent and guardian Michelle Prince,**

v.

**LBS DEVELOPMENT COMPANY; Patrick Stambaugh**

**Michelle Prince, Appellant.**

Michelle Prince;  Thomas M. Prince, a
minor, by and through his parent
and guardian Michelle Prince,

v.

LBS Development Company;
Patrick Stambaugh

Michelle Prince, Appellant.

Nos. 01–3394, 01–3513.

United States Court of Appeals,
Third Circuit.

Submitted July 15, 2002.

Decided July 19, 2002.

Before: McKEE, WEIS, and DUHE,
Circuit Judges.

## OPINION OF THE COURT

McKEE, Circuit Judge.

Michelle and Thomas Prince appeal the
district court's grant of summary judg-
ment in favor of defendants on the plain-
tiffs' claim for race and gender discrimina-
tion under the Fair Housing Act. We will
affirm.

Inasmuch as we write only for the par-
ties, we will not set forth the factual back-
ground of this litigation.  We have re-
viewed the Memorandum and Order filed
by the district court on August 9, 2001
explaining the court's reasons for granting
defendants' motion for summary judgment
against the plaintiffs.  In that Memoran-
dum, the court cogently and thoroughly
explained why plaintiffs' claims were dis-
missed.  We agree with the court's reason-
ing and will affirm substantially for the
reasons set forth by the court in the

thoughtful Memorandum and Order of Au-
gust 9, 2001.